In the Matter of the TOWN OF LIVINGSTON.
MAYNARD N. CLEMENT, as State Commissioner of Excise,
Appellant; EDMOND F. LASHER, Respondent.

*Matter of Town of Livingston*, 120 App. Div. 899, affirmed.
(Argued October 2, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
July 3, 1907, which affirmed an order of the Columbia County
Court requiring the town clerk of the town of Livingston to
call a special town meeting for the re-submission of local
option questions.

*Samuel H. Salisbury* and *Russell Headley* for appellant.

*Harold Wilson, Jr.,* for respondent.

Order affirmed, with costs, upon the ground that the statutory provision requiring notice to be published of the submission of the questions of local option at a town meeting is mandatory; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.